PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TERRA'S KITCHEN, LLC, a Delaware limited liability company; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 3:18-cv-00842-MMA-JLB<br>Judge: Hon. Michael M. Anello<br><br>**JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: May 1, 2018 |

TO THE COURT AND ALL PARTIES:

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff Matthew Lopez and Defendant Terra's Kitchen, LLC, jointly move this Court to enter a dismissal of this action with prejudice as to the named Plaintiff and without prejudice as to the putative class. No class has been certified and no class is proposed to be certified for purposes of settlement as contemplated by FRCP Rule 23(e). Each party shall bear its own costs and attorneys' fees.

    IT IS SO STIPULATED

                                        Respectfully submitted,

Dated: April 5, 2024                **PACIFIC TRIAL ATTORNEYS, APC**

                                        By: */s/ Scott J. Ferrell*
                                            Scott J. Ferrell
                                            Attorney for Plaintiff
                                            Matthew Lopez

Dated: April 5, 2024                **TANDEM LEGAL GROUP LLC**

                                        By: */s/ Randy Price*
                                            Randy Price
                                            Attorneys for Defendant
                                            Terra's Kitchen, LLC

*I, Scott J. Ferrell, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.*

                                        */s/Scott J. Ferrell*
                                        Scott J. Ferrell

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2024, I electronically filed the foregoing **JOINT MOTION FOR DISMISSAL OF ENTIRE ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.